UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Roderick Woods**           )
        Plaintiff      )
                             )
   v.                     )          Civil Action No. 16-11682-MGM
                             )

**Penn Credit Corporation**  )
        Defendant     )

Mastroianni, D.J.

SETTLEMENT ORDER OF DISMISSAL
September 23, 2016

     The court, having been advised on <u>September 22, 2016</u> that the above-entitled action has been settled;

     IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                                By the Court,

                                /s/ Theresa Pelegano
                                Theresa Pelegano
                                Deputy Clerk