**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **RODERICK WOODS** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:16-cv-11682-MGM |
| ) | |
| **PENN CREDIT CORPORATION** ) | |
| Defendant, ) | |
| ) | |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

Roderick Woods ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: November 15, 2016                    RESPECTFULLY SUBMITTED,
                                            By: /s/ Kevin Crick
                                            Kevin Crick, Esq.
                                            BBO: 680950
                                            Rights Protection Law Group, PLLC
                                            8 Faneuil Hall Marketplace, Third Floor
                                            Boston, Massachusetts 02109
                                            Phone: (844) 574-4487
                                            Fax: (888) 622-3715
                                            k.crick@rightsprotect.com
                                            **Attorney for Plaintiff**

1

**PROOF OF SERVICE**

I hereby certify that on November 15, 2016, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.